E-FILED
Friday, 25 June, 2021 03:25:15 PM
Clerk, U.S. District Court, ILCD

5965 KKR; AF338

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STORAGE ASSOCIATION, INC., | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No.: 21 CV 4105 |
| UNITED FIRE & CASUALTY COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

## AGREED MOTION TO STAY DISCOVERY

NOW COME the Plaintiff, UNITED STORAGE ASSOCIATION, INC., and Defendant, UNITED FIRE & CASUALTY COMPANY, by and through their attorneys, Jonathan T. Nessler of NESSLER & ASSOCIATES, LTD. and Kingshuk K. Roy of PURCELL & WARDROPE, CHTD., and for their Agreed motion to Stay Discovery, state as follows:

1. The plaintiff filed a complaint in state court alleging breach of contract and breach of good faith against the defendant. (Ex. A)

2. The claims arise out of a dispute between the plaintiff-policyholder and the defendant-insurer involving an insurance claim for alleged property damage to buildings owned by the plaintiff.

3. Defendant timely filed a notice of removal from state court to the United States District Court for the Central District of Illinois. (Doc. 1)

4. Defendant timely answered the complaint. (Doc. 3)

5. The parties are actively engaged in the appraisal process set forth in the insurance policy to resolve disputes concerning the amount of the alleged loss. The parties agree that the applicable provision of the policy provides:

  **2.**  **Appraisal**
If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the los. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
a. Pay its chosen appraiser; and
b. Bear the other expenses of the appraisal and umpire equally.

6. The respective appraisers selected by the parties have not yet agreed to an umpire. It is expected that the appraisers will mutually agree upon an umpire to resolve the amount of the alleged loss, which would in turn resolve this litigation.

7. To avoid the time and expense of discovery, the parties request a 60-day stay of discovery to allow the appraisal process to be completed and potentially dispose of the claims before this court.

8. If the appraisers are unable to agree upon an umpire within thirty (30) days of the 60-day stay, the parties will move the court for judicial appointment of an umpire from a proposed list of candidates.

9. The plaintiff and defendant respectfully as this court to enter an order staying discovery for 60 days or such time necessary to complete appraisal of the alleged losses to potentially resolve this litigation.

Respectfully submitted,

| NESSLER & ASSOCIATES, LTD. | PURCELL & WARDROPE, CHTD. |
|---|---|
| /s/Jonathan T. Nessler | /s/ Kingshuk K. Roy |
| Jonathan T. Nessler | Kingshuk K. Roy |
| Nessler & Associates, Ltd. | PURCELL & WARDROPE CHTD |
| 536 North Bruns Lane, Suite One | 10 S. LaSalle St., Suite 1200 |
| Springfield, IL 62702 | Chicago, IL 60603 |
| jtn@nesslerlaw.com | kkr@pw-law.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that on **June 25, 2021**, I electronically filed Motion Stay Discovery with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Jonathan T. Nessler
**NESSLER & ASSOCIATES, LTD.**
536 North Bruns Lane
Suite One
Springfield, IL 62702
(800) 727-8010
jtn@nesslerlaw.com

Mr. Timothy J. Freidberg
**FREIDBERG LAW OFFICES**
4320 Spring Creek Road
Rockford, Il 61107
freidberglaw@gmail.com

      /s/ Josefina Rojas
      Josefina Rojas
      Legal Assistant to Kingshuk K. Roy
      PURCELL & WARDROPE, CHTD.
      10 South LaSalle Street, Suite 1200
      Chicago, Illinois 60603
      Tel: (312) 427-3900
      Fax: (312) 427-3944